1  you were experiencing blackouts and they thought
2  there may be encephalopathy?
3      A    Yes, exactly.  Some type of HIV
4  opportunistic infection.
5      Q    Okay.  But you haven't had any problems in
6  your life with memory or anything like that?
7      A    No.
8      Q    All right.  Tell the jury, if you would,
9  please, what injury or damages - again, view that
10 term, please, in the broadest sense - any adverse
11 effect, anything like that that you are claiming you
12 are suffering now as a result of your incarceration
13 in the Broward County Jail, which, as you know,
14 began in May of 2007 and ended in July of 2007.  Do
15 you understand the question?
16     A    Yeah.
17     Q    Okay.
18     A    Actually, restate that for me in a
19 different way.
20          MR. LAUER:  Objection to form.
21   BY MR. LOSEY
22     Q    Okay.  Please tell the ladies and
23 gentlemen of the jury all of the injuries, damages,
24 adverse effects that you are claiming you experience
25 now as a result of your incarceration in the Broward

1  County Jail beginning in May of 2007 and ending in
2  July of 2007.
3      A     Okay.  What do you mean by damages though?
4      Q     Well, I want -- Again, I want you to view
5  the term in the broadest sense, that's why I gave
6  you a number of terms.  Damages, injuries, adverse
7  effects.  How are you worse off now than you were
8  before you went in the jail back then?  That sort of
9  thing.
10     A     Okay.  Well, I mean, basically, in a
11 nutshell, I was fully employed and making great
12 money before this happened.  Since then I've now
13 have been, you know, stated as disabled and am
14 applying for disability.  So I've lost my $65,000 a
15 year job.  I've lost all my medical benefits, my
16 health - you know, my 401K benefits, you know, where
17 the company pays into your 401K.  I've lost my legal
18 insurance.  I've lost my short-term/long-term
19 disability insurance, lost my company-paid life
20 insurance.
21           When it comes to injuries, I was on a
22 really good regimen of HIV meds.  It was a very
23 simple regimen.  And now, because of what happened,
24 I'm on tons and tons of medication.  Even though I'm
25 on much more medication, which I'll get into the

1 side effects in a minute, my CD4 count is not where
2 it was before I went - before I was incarcerated.
3     Q    Okay.
4     A    I've lost several medication opportunities
5 that I used to be able to take that I can no longer
6 take. My injuries pretty much include, I am
7 extremely fatigued, tremendous headaches. I had a
8 huge amount of weight loss that's taken me -- The
9 weight I lost in three months in jail has taken me
10 almost a year to gain back. And that is with the
11 unfortunate side - side effects of all the extra
12 steroid medication and things like that that I have
13 to take.
14     Q    Anything else?
15     A    Yes. You know, a lot of the adverse
16 effects that I'm having and side effects is nausea,
17 chronic diarrhea. Even coming to a simple thing
18 like this and having to sit for more than a couple
19 of hours will wear - you know, wears me out. Night
20 sweats. Pretty much chronic low grade fever. My
21 new medication regime causes a lot of depression,
22 and, therefore, I have to take medication to treat
23 that, which has side effects of - you know, I think
24 it slows down my mental acuteness. It takes me a
25 while to collect my thoughts correctly and be able

1  to state them in words.  I don't think it would be
2  so much as a memory loss but an unusual delay in my
3  normal thinking.
4           You know, I guess, you know, one of the
5  biggest damages that I feel is that tremendous
6  amount of anger that I have that I can no longer do
7  my job.  I was working at a university as an
8  admissions advisor.  I worked in adult education.
9  And it was such a wonderful, helpful,
10 problem-solving job where I helped tons of people go
11 to school.  You know, adults that have kids, you
12 know, out of high school.  They did the right thing
13 and they raised their family great and they worked
14 hard on their job and I was able to bring them back
15 into college and see them meet their dreams.  And I
16 was really good at that.  And one of my biggest -
17 you know, the thing I'm angry at the most is being
18 disabled and can't help others.  Not only was I
19 making a great income with great benefits, I was
20 helping so many people that really, really were lost
21 and were really deserving of moving up.
22      Q    **Anything else that comes to mind?**
23      A    I'm sure there's other things.  I can't
24 think of anything at this time.
25      Q    **Okay.  And these things that you've**

| | |
|---|---|
| 1 | mentioned to us now, you didn't experience these |
| 2 | prior to going into the Broward County Jail in May |
| 3 | of 2007, right? |
| 4 | A    You know, slight nausea and slight |
| 5 | diarrhea.  You know, some of them mildly, but no. |
| 6 | No, not disabling. |
| 7 | Q    So prior to going into the Broward County |
| 8 | Jail, you only experienced some slight nausea.  And |
| 9 | what -- Did you say anything else? |
| 10 | A    Diarrhea.  You know, I had the short |
| 11 | bought where I - I think I had the two blackout |
| 12 | episodes, you know, and while I was waiting for |
| 13 | tests, you know. |
| 14 | Q    Okay. |
| 15 | A    That's about it. |
| 16 | Q    One of the first things you mentioned was |
| 17 | that you are now disabled and are unable to work. |
| 18 | Why are you disabled and unable to work? |
| 19 | A    I pretty much my - because of my HIV |
| 20 | situation.  You know, my T-cell count is so low that |
| 21 | I'm on four additional antibiotics.  I'm chronically |
| 22 | fighting chronic infection right now.  Respiratory, |
| 23 | skin, ears, sinus, lungs, thrush in the mouth.  You |
| 24 | know, things like that. |
| 25 | Q    Are you receiving social security |

1   Q   And what do you understand the difference
2   to be between an HIV diagnosis and an AIDS
3   diagnosis?
4   A   When your T-cell count is under 200 it's
5   AIDS.
6   Q   Okay.
7   A   Once it's dropped under 200 for the first
8   time, even if it does go over 200, it's still
9   considered AIDS not HIV.
10   Q   So once you have AIDS, you always have
11   AIDS no matter what your T-cell count climbs up to?
12   A   Yeah.
13   Q   All right.  So you had AIDS back as far as
14   '97 or '98?
15   A   Yup.
16   Q   All right.  And you said that Lysette
17   Cordona placed you on an HIV regime of Combivir and
18   Xymogen?
19   A   Right.
20   Q   And then you talked about a few changes
21   that Dr. Hunt made.  You couldn't recall the
22   specific as to when the changes were, but have you
23   always been compliant with the HIV medications that
24   were prescribed for you?
25         MR. LAUER:  Objection.  Form.

1    Q    Wow.

2    A    So you know, I think you're -- There's a
3 situation there where the specialist will have to
4 explain that to you.

5    Q    Okay.  You mentioned your huge weight loss
6 that you suffered in the jail.  We've already talked
7 about that.  And you made the statement that it's
8 taken almost a year to gain back the weight.  Right?

9    A    I didn't say that.

10   Q    Well, that's the beautiful thing about
11 videotaping and why I did it.

12   A    You can go back and look at it.

13   Q    I'll move on.

14        You mentioned that another adverse effect
15 of your being in jail is that now you have chronic
16 diarrhea, right?

17   A    No.

18   Q    But you had chronic diarrhea before you
19 ever went into the jail, didn't you?

20   A    No, not chronic.

21   Q    Okay.  You mentioned that you now have
22 depression since you've been in the Broward County
23 Jail, but you had depression before you went in the
24 Broward County Jail, didn't you, for years prior?

25   A    Anxiety, yes.