UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61575-CIV-DIMITROULEAS

KEVIN SAUVE,

Magistrate Judge Rosenbaum

    Plaintiff,

vs.

AL LAMBERTI,
in his official capacity
as Sheriff of Broward County, Florida,
and; ARMOR CORRECTIONAL HEALTH
SERVICES, INC., a Florida corporation,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Partial Summary Judgment, filed herein on October 3, 2008. [DE-35]. The Court has carefully considered the Motion and is otherwise fully advised in the premises. As of the date of this Order, no response has been filed and the time for such filing has passed. See S.D. Fla. L.R. 7.1(C)(1). Defendants were ordered to show cause no later than October 28, 2008 why the instant Motion should not be granted. [DE-43]. They have failed to do so. The Order to Show Cause had indicated that the failure to file a timely response may result in the Court granting the Motion.

There are both objective and subjective factors that must be established in order to prove that a prison official was deliberately indifferent to serious medical needs. Farrow v. West, 320 F.3d 1235, 1243 (11th Cir. 2003). The first inquiry requires that the plaintiff demonstrates he had an objectively serious medical need. Id. "A serious medical need is considered 'one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention.'" Id. (citing Hill v. Dekalb

Reg'l Youth Det. Ctr., 40 F.3d 1176, 1187 (11th Cir. 1994)). "[T]he medical need must be 'one that, if left unattended, pos[es] a substantial risk of serious harm.'" Id. (quoting Taylor v. Adams, 221 F.3d 1254, 1258 (11th Cir. 2000) (alteration in original)).

Plaintiff has argued that his HIV-positive/AIDS status means that he has a serious medical need within the meaning of a Section 1983 claim. See Brown v. Johnson, 387 F.3d 1344, 1351 (11th Cir. 2004) (HIV constitutes a serious medical need). Defendants have not disputed this argument.[1]

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Partial Summary Judgment [DE-35] is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of October, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Dion J. Cassata, Esq.
Greg M. Lauer, Esq.
Richard T. Wolfe, Esq.
Daniel L. Losey, Esq.
John W. Mauro, Esq.

---

[1] Though Defendants may have intended to concede this point by way of not filing a response to the Motion for Summary Judgment, they should at least have filed a Notice of No Objection. The failure to respond to this Court's Orders in the future will result in sanctions.