UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61575-CIV-DIMITROULEAS

KEVIN SAUVE,

    Plaintiff,                                        Magistrate Rosenbaum

vs.

AL LAMBERTI, in his official
capacity as Sheriff of Broward County,
Florida (Broward County Sheriff's
Office) and; ARMOR CORRECTIONAL
HEALTH SERVICES, INC.,
a Florida corporation,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal, filed herein on December 11, 2008. [DE-63]. The Court has carefully considered the Joint Stipulation, notes the signature of counsel for all parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Joint Stipulation [DE-63] is hereby **APPROVED**.

2.     The above-styled action is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

3.     The Clerk shall deny any pending motions as moot.

4.     The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 11th day of December, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record